IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

_Cullen_
District Judge
(Assigned by Clerk's Office)

_Hoppe_
Mag. Referral Judge
(Assigned by Clerk's Office)

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

**JUL 0 1 2024**

LAURA A. AUSTIN, CLERK
BY:_____
DEPUTY CLERK

CIVIL ACTION NO. ___7:24·CV·00422___
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under
**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS</u>
<u>OF FED. BUREAU OF NARCOTICS</u>, 403 U.S. 388 (1971)**

_Jerry Fink_                                    _240 1361_
Plaintiff Name                                  Inmate No.

v.

_Middle River Regional Jail_
Defendant Name & Address

_LPN I. Lopez_
Defendant Name & Address

_Lt. Dull_
Defendant Name & Address

_Sgt. B. Harper_
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT
NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

**A. Where are you now?** Name **and** Address of Facility:

_Middle River Regional Jail, 350_
_Technology Dr., Staunton VA 24401_

**B.** Where did this action take place?

_The Middle River Regional Jail_

**C.** Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes       __X__ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

**D.** Have you filed any grievances regarding the facts of this complaint?

__X__ Yes       _____ No

1. If your answer is Yes, indicate the result:

_They have still denied to give me_
_my necessary medications._

2. If your answer is No, indicate why:

**E.** Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes. If** necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

_Failure to provide me with my blood_
_thinner medication at the proper_
_times._

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

_Failure to provide insulin checks in_
_accordance with standard diabetic_
_procedure at the facility._

**F.** State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

*I seek monetary compensation for medical malpractice which resulted in undue pain and suffering.*

**G.** If this case goes to trial, do you request a trial by jury?    Yes __X__    No _____

**H.** If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: _6-25-24_    SIGNATURE: _Jerry Fink_

VERIFICATION:
I, _Jerry Fink_ , state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: _6-25-24_    SIGNATURE: _Jerry Fink_

Updated 5/2024

Jerry Fink – 240361
350 Technology Dr.
Staunton, VA 24401

THIS PERSON IS AN INMATE IN THE
MIDDLE RIVER REGIONAL JAIL.



US POSTAGE PITNEY BOWES

ZIP 24401 $ 000.88⁰
02 4W
0000377537 JUN 27 2024

U.S. District Court Clerk
210 Franklin Rd, S.W.
Suite 540
Roanoke, VA 24011

RECEIVED

JUL 01 2024

USDC Clerk's Office
Mail Room

24011$2208 C001

THIS PERSON IS AN
INMATE IN MIDDLE RIVER REGIONAL JAIL